IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALONZO BROWN,

    Plaintiff,            No. CIV S-11-2601 DAD P

   vs.

ICE,

    Defendant.           ORDER

_____/

      On October 13, 2011, plaintiff consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636(c). See Doc. No. 3. On March 27, 2012, plaintiff was ordered to file an in forma pauperis affidavit or pay the appropriate filing fees within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: May 7, 2012.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
brow2601.fifp

1